UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL ACTION NO: 14-cv-3144 |
| ) | |
| VERSUS ) | JUDGE SUMMERHAYS |
| ) | |
| 166.54 ACRES OF LAND, MORE OR ) | MAGISTRATE JUDGE AYO |
| LESS, SITUATED IN PARISH OF ) | |
| ST. MARTIN, STATE OF LOUISIANA, ) | |
| AND ESTATE OF FERNEST SEGURA, *ET AL.* ) | TRACT NOS. 107E-1 AND 107E-2 |
| ) | |

### JUDGMENT DETERMINING TITLE, JUST COMPENSATION AND ORDER FOR DISPOSITION

Pending before this Court is the United States' motion for determination of title and just compensation for the property interests taken herein and for the reasons stated in the Report and Recommendation previously filed herein, determining the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that the just compensation for the taking of the property interests identified in the Complaint and Declaration of Taking filed herein on October 29, 2014, shall be the sum of FORTY THOUSAND AND 00/100 DOLLARS ($40,000.00).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the negotiated amount payable by the United States to the Defendants, shall be the sum of FORTY THOUSAND AND 00/100 DOLLARS ($40,000.00). Said sum shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and the taking of said property interests, specifically, the

- 1 -

perpetual monitoring easement and perpetual water circulation easement, and all appurtenances thereto. The said sum is subject to all real estate taxes, liens, and encumbrances of whatsoever nature existing against said property at the time prior to title to the property interests vesting in the United States, and all such liens and encumbrances of whatsoever nature shall be payable and deductible from said sum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that title to the property interests described in Schedule C attached to the Declaration of Taking filed herein vested in the United States free of all claims and liens of every kind whatsoever upon the filing of the Declaration of Taking on October 29, 2014 and the deposit of $40,000.00 in just compensation with the Clerk of this Court on November 5, 2014.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that prior to title to the property interests vesting in the United States, ownership of the property was held by Fernest Segura and Constance Molbert Segura, who are now deceased. Their interests are presumed to be inherited by their heirs, successors or assigns. The asterisk is included for them and other deceased persons who appear to be their heirs:

| **Property Owner** | **Interest** | **Principal Sum** |
|---|---|---|
| Estate of Fernest Segura | * | |
| Estate of Constance Molbert Segura | * | |
| Estate of Clenie Segura | * | |
| Estate of Kenneth C. Segura | * | |
| Charlotte Segura Chaplin | ½ of ¼ of 1/6 or .02083335 | $833.34 |
| Susan Segura Hunsaker | ½ of ¼ of 1/6 or .02083335 | $833.33 |
| Judith S. Theriot | ¼ of 1/6 or .0416667 | $1,666.67 |
| Jennifer S. Neuville | ¼ of 1/6 or .0416667 | $1,666.67 |
| Estate of Willie Mae Segura Barrilleaux | * | |

| | | |
|---|---|---|
| Melissa Barrilleaux Broussard a/k/a Malissa Broussard | 1/3 of ¼ of 1/6 or .0138888 | $555.56 |
| Leslie Barrilleaux | 1/3 of ¼ of 1/6 or .0138889 | $555.55 |
| Shelby Barrilleaux | 1/3 of ¼ of 1/6 or .0138889 | $555.55 |
| Estate of Lewis Segura | * | |
| Robert L. Segura | 1/6 or .1666667 | $6,666.66 |
| Estate of Alton Segura | 1/6 or .1666667 | $6,666.67 |
| Gussie Segura Broussard | 1/6 or .1666667 | $6,666.67 |
| Estate of Jenny Lee Segura Decuir | * | |
| Julian Kim Decuir | 1/3 of 1/6 or .0555556 | $2,222.22 |
| Julie Decuir Prudhomme | 1/3 of 1/6 or .0555555 | $2,222.22 |
| David R. Decuir | 1/3 of 1/6 or .0555555 | $2,222.22 |
| Estate of Eugene Segura a/k/a Eugene Segura, Sr. | * | |
| Maxine Segura Mouton | 1/5 of 1/6 or .0333334 | $1,333.33 |
| Jill Segura Mahoney | 1/5 of 1/6 or .0333333 | $1,333.33 |
| Melanie Segura LeBlanc | 1/5 of 1/6 or .0333333 | $1,333.33 |
| Eugene Segura, Jr. | 1/5 of 1/6 or .0333333 | $1,333.34 |
| Estate of Jody V. Segura | * | |
| Isaac Jared Segura | ½ of 1/5 of 1/6 or .01666665 | $666.67 |
| Scarlet Segura Arreola | ½ of 1/5 of 1/6 or .01666665 | $666.67 |
| Estate of Lloyd Segura | * | |
| Acadian Land Services, L.L.C. | 0 | $0.00 |

The United States provided notice to all known owners of record, at their last known addresses, of the hearing pertaining to the issues of ownership and/or just compensation set for February 7, 2023.

No owners of record have appeared in the proceeding.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each owner is entitled to their pro rata share of the sum of FORTY THOUSAND AND 00/100 DOLLARS ($40,000.00).

Pursuant to Local Rule 67.3 for Disbursement of Registry Funds, the Clerk of Court is directed to disburse the funds in the amounts indicated above, together with any interest accrued thereon less the assessment fee for the administration of funds, by drawing a check for each owner who has provided sufficient information for purposes of ordering checks, and make checks payable as further indicated in a separate motion for disbursement of funds from the registry of the court which is required to be submitted.

If said funds or any portion thereof remain deposited in the Registry of the Court unclaimed for five years from the date of judgment herein, the Clerk of Court is hereby authorized and directed, without further order of the Court, to draw a check therefor and deposit in the Treasury of the United States to the credit of the United States in the manner provided in 28 U.S.C. § 2042.

**THUS DONE AND SIGNED** this __6th__ day of __March__, 2023.

_____
HONORABLE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE